**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 NOV 21  P 1:42

CLERK _JBurton_
SO. DIST. OF GA.

| | |
|---|---|
| TERRY BARBER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 313-078 |
| | ) |
| JASON MEDLIN, Warden, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 5).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's request to proceed *in forma pauperis* is **DENIED** (doc. no. 2), and this action is **DISMISSED** without prejudice. If Plaintiff wishes to proceed

---

[1] Plaintiff's Motion for Reconsideration, in which he asks that his case go forward, has also been liberally construed as objections to the recommendation for dismissal. (See doc. no. 5.) In this filing, Plaintiff has not offered any valid support for his belated contention that he qualifies for the "imminent danger" exception to the three-strikes provision of 28 U.S.C. § 1915(g), and thus he is not entitled to proceed *in forma pauperis* in this case. Even if Plaintiff were entitled to proceed *in forma pauperis*, he does not dispute the Magistrate Judge's finding that he provided false information about his filing history, but he asks forgiveness for his error of providing incorrect information. (See generally id.) As the Magistrate Judge explained, the Eleventh Circuit has repeatedly indicated its approval of dismissing a case based on dishonesty in a complaint, and the Court finds no reason to depart from that well-established practice. (See doc. no. 3, p. 4 (collecting cases).) Thus, Plaintiff's Motion for Reconsideration is **DENIED**, and the objections contained therein are **OVERRULED**.

with the claims raised in this lawsuit, he must initiate a new lawsuit, which requires submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) (*per curiam*).

SO ORDERED this 21st day of November, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE